UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM SLEEPER and TERRI SLEEPER, husband and wife and the marital property comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>QWEST COMMUNICATION, a Colorado corporation,<br><br>Defendant. | NO: 2:17-CV-0401-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Motion for Voluntary Dismissal Without Prejudice (ECF No. 15). The motion is filed pursuant to Federal Rule of Civil Procedure 41(a)(2), and the affidavit of counsel. The Court has reviewed the record and files herein, and is fully informed.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

This action, which has not been adjudicated on the merits, is **DISMISSED** without prejudice and without costs or fees to any party.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

The District Court Executive is directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** August 3, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2